## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Celeste Reyes, individually and on behalf of all others similarly situated, | 1:23-cv-03607-RPK-RER |
| Plaintiff, | |
| - against - | Notice of Voluntary Dismissal |
| Badia Spices, Inc., | |
| Defendant | |

Plaintiff gives notice that her individual claims are voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 9, 2023

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080

## Certificate of Service

I certify that on December 9, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiffs' Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan